Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Martha Dominguez Navarro

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MARTHA DOMINGUEZ NAVARRO, ) | Case No.: CV 10-9000 VBK |
| ) Plaintiff, ) | ORDER OF DISMISSAL |
| vs. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: June 2, 2011                                    /s/
                                    _____
                                    THE HONORABLE VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE